**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

January 12, 2010

**LETTER ORDER**

Re:   **Garcia v. Clark**
      **Civil Action No. 09-2060 (PGS)**

Dear Counsel:

As discussed during the January 8, 2010 telephone conference in the above-referenced matter, Plaintiff's informal Motion to Compel the statement provided by Defendant to his insurance claims representative immediately following the accident is hereby granted. (*See* Transcript of January 8, 2010 Hearing for full text of the Court's ruling).

A telephone conference has been set for **February 24, 2010 at 12:00 P.M.** Plaintiff's counsel shall initiate the call.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**